**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darrell W. SAMUEL, Defendant–
Appellant.**

No. 03–6232.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2003.

Decided May 15, 2003.

Darrell W. Samuel, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Darrell W. Samuel appeals the district court's order denying a motion to correct

sentence under Fed.R.Crim.P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Samuel,* No. CR–94–773 (D.S.C. Jan. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*